**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
CIVIL MINUTES - GENERAL

Case No.: <u>SA CV07-671-AHS(MLGx)</u>                           Date: <u>March 11, 2008</u>

Case Title: <u>OAKLEY INC., etc. v. XONIX ELECTRONICS CO. LTD., etc., et al.</u>

========================================================================

**PRESENT:**   <u>THE HONORABLE ALICEMARIE H. STOTLER, CHIEF U.S. DISTRICT JUDGE</u>

      <u>Ellen Matheson</u>                      <u>Not Present</u>
      Courtroom Deputy                     Court Reporter

**ATTORNEY(S) PRESENT FOR PLAINTIFF(S):**   **ATTORNEY(S) PRESENT FOR DEFENDANT(S):**
Not Present                                 Not Present

**PROCEEDINGS:** (IN CHAMBERS) (1)ORDER DISMISSING DEFENDANTS GLORYTECH
          INTERNATIONAL CO. LTD., FORTECH MACAO COMMERCIAL OFFSHORE
          CO. LTD. AND TAMMY TSAI PURSUANT TO ORDER TO SHOW CAUSE;
          AND (2)ISSUING ORDER TO SHOW CAUSE RE DISMISSAL AS TO
          REMAINING DEFENDANT XONIX (ZHUHAI) ELECTRONICS CO. LTD.
          RETURNABLE: APRIL 11, 2008

    On February 11, 2008, the Court having issued an extension of time to respond to the Order to Show Cause as to why this case should not be dismissed for lack of prosecution as to defendants Glorytech International Co. Ltd., Fortech Macao Commercial Offshore Co. Ltd and Tammy Tsai, with the response to the extended Order to Show Cause due no later than March 7, 2008, and the Court having received no such response, said defendants are ordered dismissed for failure to prosecute.

    IT IS FURTHER ORDERED that counsel shall show cause in writing no later than **April 11, 2008**, why remaining defendant XONIX (ZHUHAI) ELECTRONICS CO. LTD. should not be dismissed pursuant to F.R.Civ.P. Rule 41, for lack of prosecution.  No oral argument of this matter will be heard unless ordered by the Court.  The Order to Show Cause will stand submitted upon filing of plaintiff's response.  Counsel is advised that the Court will consider the filing of plaintiff's motion for entry of default judgment as to XONIX (ZHUHAI) ELECTRONICS CO. LTD., on or before the date upon which the response is due, as a satisfactory response to the Order to Show Cause.

    Clerk shall serve a copy of this minute order on counsel for all parties in this action.

                                                                                 :
                                     Initials of Deputy Clerk:  <u>enm</u>