AO 120 (Rev. 3/04)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court __Central District of California__ on the following ☒ Patents or ☐ Trademarks:

| DOCKET NO.<br>SACV07-671 AG(RNBx) | DATE FILED | U.S. DISTRICT COURT<br>Central District of California |
|---|---|---|
| **PLAINTIFF**<br>OAKLEY, INC., a Washington corporation | | **DEFENDANT**<br>XONIX (ZHUHAI) ELECTRONICS CO., LTD., a Chinese company dba ZHUHAI JING ZHUN ELECTRONICS CO., LTD., et al. |

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 6,966,647 | 11/22/2005 | Oakley, Inc. |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading |
|---|---|

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

**DECISION/JUDGEMENT**

SEE ATTACHED

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| TERRY NAFISI | VERNA HOGAN | 2/13/09 |

Copy 1—Upon initiation of action, mail this copy to Director     Copy 3—Upon termination of action, mail this copy to Director
Copy 2—Upon filing document adding patent(s), mail this copy to Director     Copy 4—Case file copy

UNITED STATES DISTRICT COURT  JS-6
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

Case No.: SA CV 07-0671-AHS(MLGx)                Date: June 2, 2008

Case Title: Oakley Inc., etc. v. Xonix Electronics Co. Ltd., etc.

================================================================

PRESENT:  THE HONORABLE ALICEMARIE H. STOTLER, CHIEF U.S. DISTRICT JUDGE

S. Mikhail for
Ellen Matheson              Mary Rickey
Deputy Clerk                Court Reporter

**ATTORNEY(S) PRESENT FOR PLAINTIFF(S):**   **ATTORNEY(S) PRESENT FOR DEFENDANT(S):**
Not Present                                 Not Present

PROCEEDINGS:   Plaintiff's Application for Default Judgment

   Cause called. No appearances are made by counsel. The matter is taken off calendar with no ruling on plaintiff's application.

_____

**AFTER HEARING:** Upon further consideration by the Court in light of non-appearance of the moving party and procedural history of the case, Court orders case dismissed without prejudice for lack of prosecution.

                                                           : 05
                                Initials of Deputy Clerk: sdm